UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO 1:20-cr-00223 |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE PEREZ-MONTES |
| | * | |
| QUITINA FRAZIER | * | |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### 18 U.S.C. § 242

On or about March 19, 2018, in the Western District of Louisiana, the defendant, QUITINA FRAZIER, while acting under color of law, willfully deprived pretrial detainee J.A. of the right, protected and secured by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right of a detainee to be free from the unreasonable use of force by a correctional officer. Specifically, defendant FRAZIER, while acting in her capacity as a supervisory correctional officer for the Rapides Parish Sheriff's Office, willfully failed to intervene to stop a subordinate deputy correctional officer from repeatedly tasing J.A., without justification, while J.A. was not

posing a threat to himself or others, despite FRAZIER having the opportunity to do so. All in violation of Title 18, United States Code, Section 242.

| | |
|---|---|
| ALEXANDER C. VAN HOOK<br>Acting United States Attorney<br>Western District of Louisiana | ERIC S. DREIBAND<br>Assistant Attorney General<br>U.S. Department of Justice<br>Civil Rights Division |
| /s/ Mary J. Mudrick | |
| MARY MUDRICK, LA BAR# 01992<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101-3068<br>Telephone: (318) 676-3600 | KATHERINE G. DEVAR, CA BAR# 310939<br>Trial Attorney<br>150 M Street NE, Rm. 7.916<br>Washington, D.C. 20530<br>Telephone: (202) 616-2669 |